DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8937
    Facsimile: 415-744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVOUD RAKHSHAN, | No. 2:17-cv-02117-JAD-PAL |
| Plaintiff, | **JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| v. | |
| NANCY A. BERRYILL, Acting Commissioner of Social Security, | **(First Request)** |
| Defendant. | |

Plaintiff, Davoud Rakhshan, and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), stipulate, with the approval of this Court, to an extension of time for the Commissioner to respond to Plaintiff's Motion for Judgment on the

Stipulation for Extension, No. 2:17-cv-02117 JAD-PAL

| | |
|---|---|
| 1 | Pleadings by 30 days, from March 5, 2018 to April 4, 2017, with all other dates extended |
| 2 | accordingly.  This is the Commissioner's first request for an extension.  She makes it based on |
| 3 | the undersigned agency attorney's heavy workload. |

DATE:  March 2, 2018                                  Respectfully submitted,

                                                  DAYLE ELIESON
                                                  United States Attorney

                                                  /s/ *Elizabeth Firer*
                                                  ELIZABETH FIRER
                                                  Special Assistant United States Attorney

DATE:  March 2, 2018                                  Respectfully submitted,

                                                  /s *Cyrus Safa*
                                                  CYRUS SAFA
                                                  Attorney for Plaintiff
                                                  *per email authorization on March 2, 2018

## ORDER

     IT IS SO ORDERED.

DATED:  March 7, 2018          BY: _____
                                               HON. PEGGY A. LEEN
                                               UNITED STATES MAGISTRATE JUDGE

Stipulation for Extension, No. 2:17-cv-02117 JAD-PAL

# DEFENDANT'S CERTIFICATE OF SERVICE

I certify that I caused the Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of Judgment to be served, via CM/ECF notice, on:

CYRUS SAFA
Law Offices of Lawrence D. Rohlfing
    cyrus.safa@rohlfinglaw.com

GERALD M. WELT
Attorney at Law
    gmwesq@weltlaw.com

Date:   March 2, 2018                           DAYLE ELIESON
                                                United States Attorney

                                    By:         */s/ Elizabeth Firer*
                                                ELIZABETH FIRER
                                                Special Assistant United States Attorney

                                                Attorneys for Defendant

Stipulation for Extension, No. 2:17-cv-02117 JAD-PAL