# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVOUD RAKHSHAN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>ANDREW SAUL,<br><br>　　　　Defendant(s). | Case No.: 2:17-cv-02117-NJK<br><br>**ORDER**<br><br>[Docket Nos. 14, 18] |

On January 14, 2020, the undersigned issued a report and recommendation that the motion for reversal or remand be denied and that the countermotion to affirm be granted. Docket No. 28. Pursuant to the pilot program regarding magistrate judge consent in social security cases, *see* General Order 2019-08, the parties have since consented to the undersigned magistrate judge's handling of this case, *see* Docket No. 30; *see also* Fed. R. Civ. P. 73(a); 28 U.S.C. § 636(c)(1).

Accordingly, the Court hereby incorporates the findings and analysis in the report and recommendation into this order, **DENIES** the motion for reversal or remand (Docket No. 14), and **GRANTS** the countermotion to affirm (Docket No. 18). For the reasons stated in the report and recommendation, the decision below is **AFFIRMED**. The Clerk's Office is instructed to **ENTER FINAL JUDGMENT** accordingly and to **CLOSE** this case.

IT IS SO ORDERED

Dated: January 22, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1